**IN THE UNITED STATES OF BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 10-01395 |
| | ) | **Chapter 13** |
| JAMES J. VASQUEZ, | ) | Judge A. Benjamin Goldgar |
| | ) | "Chicago" |
| | ) | |
| Debtor. | ) | |

## NOTICE OF MOTION

To: Marilyn Marshall, Chapter 13 Trustee, 220 S Michigan Suite 800, Chicago, IL 60604

Discover Bank, DFS Services, LLC, PO Box 3025, New Albany, OH 43054-3025

**PLEASE TAKE NOTICE** that on the **25th of May, 2010 at 9:30 a.m.**, I shall appear before the Honorable Judge A. Benjamin Goldgar at Everett McKinley Dirksen United States Courthouse, 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604 and then and there present the attached **Objection to Claim of Discover Bank (No. 1)**, a copy of which is attached hereto.

By: */s/ Lesley A. Hoenig*
Lesley A. Hoenig

## CERTIFICATE OF SERVICE

I, Lesley A. Hoenig, hereby certify that a copy of this Notice along with the aforementioned document will be served upon the attached service list, either by electronic notice or by causing the same to be mailed in a properly addressed envelope, postage prepaid, at US Post Office in Mount Pleasant, Michigan, by April 16, 2010.

By: */s/ Lesley A. Hoenig*
Lesley A. Hoenig

**Attorney for the Debtor:**
Lesley A. Hoenig, Attorney at Law
300 South University Ave
Mount Pleasant, MI 48858
Phone: (989) 773-0900
Facsimile: (989) 772-1512
Atty No. 6277668

**IN THE UNITED STATES OF BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 10-01395 |
| | ) | Chapter 13 |
| JAMES J. VASQUEZ, | ) | Judge A. Benjamin Goldgar |
| | ) | "Chicago" |
| | ) | |
| Debtor. | ) | |

## OBJECTION TO CLAIM NUMBER 6 FILED BY DISCOVER BANK

NOW COMES the Debtor, James J. Vasquez, by and through his attorney, Lesley A. Hoenig, in support of his Objection to the Proof of Claim filed by DISCOVER BANK, and state as follows:

1. On January 15, 2010, the Debtor filed the present case under Chapter 13 of the US Bankruptcy Code.

2. On January 22, 2010, Discover Bank ("Discover") filed their proof of claim as claim number 1 on the claims register.

3. The Proof of Claim, states that the Debtor owes the Discover $4,604.81.

4. On January 5, 2010, the Debtor arranged for a settlement through Associated Recovery Systems, Inc. in the amount of $1,625.24 with two payments to be made, each in the amount of $812.62 (See Exhibit A).

5. The Debtor made the first payment of $812.62 on January 5, 2010 by money order whereas the due date for the first payment was January 15, 2010 (See Exhibit B).

6. The Debtor made the second payment of $812.62 on February 4, 2010, whereas the payments was due on February 15, 2010 (See Exhibit C).

7. Furthermore, Discover has failed to provide documentation that it still owes the debt.
8. Debtor made arrangements with what appears to be a third party debt buyer, Associated Recovery Systems, Inc.

9. Debtor believes that Discover no longer has the right to enforce this debt.

WHEREFORE, Debtor prays that this Honorable Court enter an order denying Discover's claim in its entirety, or any other amount that this Honorable Court deems reasonable and accurate and pending an appeal of the judgment creating said claim.

Date: **April 16, 2010**               Respectfully Submitted,
                                       **/s/ Lesley A. Hoenig**
                                       Lesley A. Hoenig (P71763)
                                       300 South University
                                       Mount Pleasant, MI 48858
                                       (989) 773-0900
                                       lesley@hoeniglaw.com